# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1929

_____

Don'e J. White,                                    *
                                                   *
              Appellant,                           *
                                                   *   Appeal from the United States
         v.                                        *   District Court for the
                                                   *   Eastern District of Missouri.
State of Missouri; Bob Holden, Gov.;               *
Joe Maxwell, Lt. Gov.; Jeremiah W.                 *        [UNPUBLISHED]
Nixon, Att. Gen.; Claire McCaskill,                *
St. Aud.; Nancy Farmer, St. Treasurer;             *
Jacquelyn D. White, Comm. of Admin.;               *
Missouri Department of Corrections;                *
Gary B. Kempker, Dir.; James A.                    *
Gammon, Supt.; Donna Y. Cayer,                     *
Supt.; Teresa Thornburg, Asst. Supt.;              *
John Doe, C.C.A.; Kevin O'Brian,                   *
Capt.; Correctional Medical Services,              *
Inc.; Richard F. Graham, Dr., Oral                 *
Surgeon; Robert M. Hampton, Doctor;                *
G. Jorgenson, Regional Admin.;                     *
Theresa Vanlandingham, Nurse; E.                   *
Conley, D.O., Reg. Med. Dir.; Phyliss              *
Stanley, Medical Admin.; Glen Babich,              *
M.D. Dir. of Med.; Gregory J.                      *
Pernoud, Oral Surgeon; Corrections                 *
Security Staff Officers; John Doe, #1,             *
Sgt. Allen; John Doe, #2, Sgt.; John               *
Doe, #3, CO-1; John Doe, #4, CO-1;                 *
John Doe, #5, CO-1; John Doe, #6,                  *
CO-1; John Doe, #7, CO-1; Board of                 *
Fund Commissioners; Unknown                        *
Johnson; Unknown Adams; Ernest                     *

Jackson; Gail Bailey,                               *
                                                   *

         Appellees.                     *

_____

Submitted: October 22, 2008
Filed: November 6, 2008

_____

Before MELLOY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Missouri inmate Don'e J. White appeals following the district court's[1] adverse grant of summary judgment to certain defendants in his 42 U.S.C. § 1983 action. We find no merit to White's assertions of fraud. We also find no abuse of discretion in the denial of White's motions for default judgment, and no abuse of discretion in the dismissal of certain defendants under Federal Rule of Civil Procedure 4(m), although we amend the dismissal of the John Doe correctional officers to be without prejudice. Accordingly, we affirm. See 8th Cir. R. 47B. We also deny White's pending motions.

_____

[1]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.